# Exhibit A

## Memorandum from Ms. Holliday



# Administrative Office of the Courts

Nashville City Center, Suite 600
511 Union Street
Nashville, Tennessee 37219
615 / 741-2687 or 800 / 448-7970
FAX 615 / 741-6285

**Deborah Taylor Tate**
Director

**Michelle Long**
Deputy Director

## MEMORANDUM

**TO:** Gerald "Jerry" D. Morgan

**FROM:** Stephanie Holliday  *SH*
Human Resources Manager

**DATE:** December 11, 2020

**RE:** Separation of employment

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

This letter confirms your employment separation from the Tennessee Board of Professional Responsibility. As discussed on the call with Sandy Garrett, Rachel Harmon, and me, your separation will be effective today, December 11, 2020.

Disciplinary Counsel for the Board of Professional Responsibility ("Board") hold a position of public trust. They have a duty to protect the public by investigating and prosecuting disciplinary proceedings without discrimination or bias. We acknowledge and respect your right to free speech. However, your speech has adversely impacted your ability to successfully perform your job duties.

Specifically, posts you placed on Twitter in 2015 have been raised as an issue in a Motion to Disqualify Disciplinary Counsel for Being an Anti-Muslim Bigot filed in Chancery Court for Davidson County. Additionally, posts you placed on Twitter in 2019 and 2020 have caused another attorney facing disciplinary action in a separate proceeding to question your recommendations to the Board.

Your last paycheck will be issued to you at the end of the month, and your health insurance coverage will end after December 31, 2020.

Your annual leave balance of 52.5 hours and your sick leave balance of 165 hours will be submitted for separate payment for a total of $10,500, which you should receive within 45 days, provided we timely receive all state-owned equipment in your possession.

For us to process your final leave check, all of the following state-owned items must be returned to the Board in good, workable condition by Wednesday, December 16, 2020:

- Office key card
- Laptop computer with charging cord(s) and accessories, including carrying case;
- Tennessee Judicial Department Photo IDs;

If the above-listed items are returned after December 16, 2020, it will delay processing and receipt of your payout of leave.

The State's employee assistance program is available to you while your benefits remain active through December 31, 2020. Optum's online link is www.here4tn.com, and the phone number is 855-437-3486. To speak with someone about to your 401(k) and retirement information, you can call 1-800-922-7772.

If you have questions concerning how to return your laptop and other state-owned equipment, or if you have questions regarding your benefits, please contact me at Sholliday@tncourts.gov. I will be in touch soon to schedule a time for you to gather your personal belongings from the office of the Board, and the process for you to return all state owned items in your possession.

You may choose to designate this separation as a resignation or termination.

I, Gerald Morgan, elect to: \_\_\_\_Resign / \_\_\_\_Accept termination from my position.

_____     _____
Gerald "Jerry" D. Morgan                                                         Date