# Exhibit C

## Letter from Ms. Garrett



# BOARD OF PROFESSIONAL RESPONSIBILITY
## of the
## SUPREME COURT OF TENNESSEE

SANDY L. GARRETT
CHIEF DISCIPLINARY COUNSEL
STEVEN J. CHRISTOPHER
DEPUTY CHIEF DISCIPLINARY COUNSEL INVESTIGATIONS
A. RUSSELL WILLIS
DEPUTY CHIEF DISCIPLINARY COUNSEL LITIGATION
LAURA L. CHASTAIN
ETHICS COUNSEL
BEVERLY P. SHARPE
DIRECTOR OF CONSUMER ASSISTANCE

10 CADILLAC DRIVE, SUITE 220
BRENTWOOD, TENNESSEE 37027
(615) 361-7500
(800) 486-5714
FAX: (615) 367-2480
www.tbpr.org

KEVIN D. BALKWILL
DOUGLAS R. BERGERON
JOSEPH K. BYRD
ALAN D. JOHNSON
BRITTANY LAVALLE
JAMES W. MILAM
EILEEN BURKHALTER SMITH
DISCIPLINARY COUNSEL

March 1, 2021

**CONFIDENTIAL**

Gerald D. Morgan, Esquire
4021 Fremantle Cir
Spring Hill, TN 37174-8537

When Responding Please Use:
Re: File No. 66879-6-ZZ

Dear Mr. Morgan:

Enclosed is a complete copy of the information received by the Board of Professional Responsibility concerning your conduct. It is necessary that you **submit a clear and concise statement within ten days of your receipt of this letter** concerning your acts surrounding the above matter. Because the matter was brought to the Board's attention while you were employed as Disciplinary Counsel, this matter is proceeding pursuant to Tenn. Sup. Ct. R. 9 section 16.1(c). Chair Floyd Flippin has appointed attorney Board member Jimmie Miller to conduct this investigation. If you need additional time to respond, please contact Jimmie Miller.

**Your failure to timely respond to this complaint of misconduct will result in the filing of a Notice of Petition for Temporary Suspension, pursuant to Section 12.3 of Tennessee Supreme Court Rule 9.**

Your cooperation will enable a proper disposition to be made of this matter in a manner consistent with the rights of the public and the protection of attorneys from unfounded complaints. Please note that Tennessee Supreme Court Rule 9, Section 32, addresses the extent of confidentiality applicable to this matter.

Sincerely,

*Sandy Garrett*
Chief Disciplinary Counsel

ZZ:cs

cc: Jimmie Miller, Esquire
P.O. Box 3740
Kingsport, TN 37664

Enclosure