# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GERALD DEAN MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:21-cv-00274 |
| ) | |
| ) | Judge Waverly D. Crenshaw, Jr. |
| ) | |
| v. ) | Magistrate Judge Chip Frensley |
| ) | |
| BOARD OF PROFESSIONAL ) | |
| RESPONSIBILITY OF THE ) | |
| SUPREME COURT OF TENNESSEE, ) | |
| and SANDRA GARRETT, in her ) | |
| individual capacity, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

The undersigned counsel, David M. Rudolph, hereby gives notice of his appearance as counsel on behalf of the defendants Board of Professional Responsibility of the Supreme Court of Tennessee and Sandra Garrett, in her individual capacity, and requests that court notices and service of all pleadings, motions and other papers be directed to the undersigned.

Respectfully submitted,

**HERBERT H. SLATERY III**
**ATTORNEY GENERAL AND REPORTER**

/s/ David M. Rudolph
David M. Rudolph, BPR #13402
Assistant Attorney General
Office of the Attorney General and Reporter
40 South Main Street, Suite 1014
Memphis, TN 38103-1877
Phone: (901) 543-4162
Email: David.Rudolph@ag.tn.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 3, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's ECF system to:

W. Gary Blackburn, Esq.
Bryant Kroll, Esq.
THE BLACKBURN FIRM, PLLC
213 Rep John Lewis Way, Suite 300
Nashville, TN 37219
gblackburn@wgaryblackburn.com
bkroll@wgaryblackburn.com
*Attorneys for Plaintiff*

                                              /s/ David M. Rudolph
                                              David M. Rudolph
                                              Assistant Attorney General

2

Case 3:21-cv-00274   Document 8   Filed 05/03/21   Page 2 of 2 PageID #: 40