## IN THE CHANCERY COURT FOR DAVIDSON COUNTY, TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| BRIAN P. MANOOKIAN, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| *v.* | § | Case No.: 20-0833-I |
| | § | |
| BOARD OF PROFESSIONAL | § | Senior Judge William Acree |
| RESPONSIBILITY OF THE | § | |
| SUPREME COURT OF TENNESSEE, | § | |
| | § | |
| *Respondent.* | § | |

## PETITIONER'S MOTION TO DISQUALIFY DISCIPLINARY COUNSEL FOR BEING AN ANTI-MUSLIM BIGOT

### I. Introduction

Comes now the Petitioner, through undersigned counsel, and pursuant to Tenn. R. Civ. P. 7.02(1), is regrettably compelled to move this Court to disqualify Disciplinary Counsel in this action and order the Respondent to appoint Special Disciplinary Counsel in Disciplinary Counsel's place. As grounds, Mr. Manookian submits that Disciplinary Counsel Jerry Morgan maintains extreme animus against Muslims, *see* Collective **Exhibit A**—a minority group that includes the Petitioner's family. In light of Mr. Morgan's participation in this action and his avowed anti-Muslim bigotry, neither the Petitioner, nor this Court, nor the public can have confidence in the integrity of this proceeding. Accordingly, this Court should disqualify Disciplinary Counsel and order the Board to appoint Special Disciplinary Counsel in Mr. Morgan's place.

### II. Facts

The Petitioner is married to a Muslim woman who is also a well-known lawyer in this jurisdiction herself. The Petitioner has two children with his wife, who are being

-1-

raised in a Muslim household. Regrettably, these facts carry considerable significance in this case, because Disciplinary Counsel Jerry Morgan is a proud anti-Muslim bigot.

Without purporting to catalogue the full scope of Mr. Morgan's enormously disturbing and flagrantly racist public pronouncements, Mr. Morgan unmistakably harbors extreme prejudice against Muslims and Islam generally. *See generally* Collective **Exhibit A**. For instance, he has declared that "stopping Muslims" is "the #1 issue of our time"—a statement that he maintains on his public Twitter account to this day:



Disciplinary Counsel has also declared that "talking big against Muslims" is "good" on the same platform—a statement that he similarly maintains to this day:



---

[1] https://twitter.com/JerryMorgan37/status/675308663842537476?s=20.
[2] https://twitter.com/JerryMorgan37/status/675142507609591808?s=20.

-2-

In myriad other public statements that Disciplinary Counsel additionally maintains to this day, Mr. Morgan has also, among other things:

(1)     Insisted—repeatedly—that unlike Christians, Muslims do not condemn murder;[3]

(2)     Suggested that there is no time in history when Muslims have ever been at peace with others;[4]

(3)     Expressed concern that "Muslims had [the] ear" of America's last President;[5]

(4)     Contended that the Constitution "does NOT REQUIRE us to let in more Muslims!"[6];

(5)     Declared that "siding with Obama in a fight involving Muslims means you're on the wrong side";[7]

(6)     Warned that "Muslims will take everything we give them and us [sic] it against us.  Time to wake up!";[8] and

(7)     Demeaned Muslims and Islam as a religion repeatedly.[9]

*See* Collective **Exhibit A**.[10]

---

[3] https://twitter.com/JerryMorgan37/status/674760832736174080?s=20; https://twitter.com/JerryMorgan37/status/1123049605988593665?s=20.

[4] https://twitter.com/JerryMorgan37/status/674587387956211714?s=20.

[5] https://twitter.com/JerryMorgan37/status/671133982734569472?s=20.

[6] https://twitter.com/JerryMorgan37/status/676946184309743617?s=20.

[7] https://twitter.com/JerryMorgan37/status/676240472516366336?s=20.

[8] https://twitter.com/JerryMorgan37/status/677179595402125312?s=20.

[9] https://twitter.com/JerryMorgan37/status/685914498876702720?s=20; https://twitter.com/JerryMorgan37/status/666656297526292480?s=20; https://twitter.com/JerryMorgan37/status/667163528877359108?s=20; https://twitter.com/JerryMorgan37/status/678428395118551041?s=20; https://twitter.com/JerryMorgan37/status/674373191884775425?s=20;

[10] To be sure, these pronouncements only scratch the surface of Disciplinary Counsel's extreme prejudice toward minorities and other troubling commentary.  For instance, he has also expressed disturbing views on "blacks," "illegals" and their children, and the "slave" mentality of minorities; he embraces far-right conspiracy theories regarding, for instance, Hillary Clinton's supposed murder of a Democratic operative; and he has made countless statements evidencing extreme prejudice against "liberals," "Democrats," and

Notably, the above statements are merely examples of what Disciplinary Counsel has not hesitated to say <u>publicly</u>. Accordingly, one shudders to think what he says about Muslims and other minorities privately. Further, given the highly public nature and the extraordinary volume of Mr. Morgan's anti-Muslim and other sentiments, it seems implausible that his coworkers at the Board of Professional Responsibility are not and have not long been aware of Mr. Morgan's extreme prejudice.[11]

### III. Argument

Disciplinary Counsel is an ethics prosecutor. Bigotry by a prosecutor, of course, is "inappropriate and prejudicial," *State v. Jones*, No. 01C01-9512-CC-00402, 1997 WL 359224, at *7 (Tenn. Crim. App. June 30, 1997), and it constitutes "improper conduct." *State v. Ostine*, No. M2013-00467-CCA-R3-CD, 2015 WL 7009058, at *18 (Tenn. Crim. App. Nov. 12, 2015). The Constitution also forbids prosecutions that are influenced by bigotry. *See, e.g., United States v. Gist*, 382 F. App'x 181, 183 (3d Cir. 2010) ("Although prosecutors enjoy wide discretion, they may not prosecute based on a defendant's 'race, religion, or other arbitrary classification.'") (quoting *United States v. Armstrong*, 517 U.S. 456, 464 (1996) (citations and quotation marks omitted)). The Petitioner—and the public—accordingly have a right to a judicial proceeding that is free of any concerns that it is tainted by Disciplinary Counsel's abhorrent anti-Muslim animus. *See, e.g.,* Tenn.

---

attorneys who support the Democratic Party in particular, *see* Collective **Exhibit B**, which includes both Mr. Manookian and the undersigned. The fact that the Petitioner is currently being prosecuted by the BPR for—among other things—calling a Donald Trump supporter a racist only compounds the Petitioner's concerns about prejudice and viewpoint-based prosecution from Disciplinary Counsel.

[11] Of note, Disciplinary Counsel has also disparaged courts, judicial proceedings, and other public-figure lawyers in ways that are—at minimum—on par with the out-of-court statements for which Disciplinary Counsel is actively prosecuting the petitioner. *See, e.g.,* Collective **Exhibit B**. The fact that Disciplinary Counsel not only has not been treated the same way as the Petitioner for these comments, but is actively participating in the Petitioner's prosecution also gives rise to enormous concerns about selective prosecution and viewpoint-based speech policing regarding which the Petitioner has a right to discovery, and Mr. Morgan and the BPR plainly cannot be both prosecutors and critical witnesses in the Petitioner's case.

Sup. Ct. Rule 8.4(d) (prohibiting "conduct that is prejudicial to the administration of justice").

As such, pursuant to the judicial branch's "special obligation to ensure proper application of our rules and administration of the legal profession," *Clinard v. Blackwood*, 46 S.W.3d 177, 182 (Tenn. 2001), this Court should exercise its discretion to disqualify Disciplinary Counsel from this proceeding going forward. *See id.* ("A trial court's ruling on attorney disqualification, or the vicarious disqualification of that attorney's firm, will be reversed only upon a showing of an abuse of discretion."). Tenn. Sup. Ct. Rule 9, § 16 provides generally for the appointment of "Special Disciplinary Counsel" in cases of misconduct by Disciplinary Counsel. *See* Tenn. Sup. Ct. Rule 9, § 16.3(a). *See also generally* Tenn. Sup. Ct. Rule 9, § 16. Application of that rule is appropriate here. Allowing an extreme anti-Muslim bigot—whom Tennessee's Board of Professional Responsibility has inexplicably employed and permitted to maintain prosecutions on our Supreme Court's behalf—to undertake a prosecution against an attorney who has a Muslim family shakes confidence in the integrity of this entire proceeding. Accordingly, this Court should order the appointment of Special Disciplinary Counsel to handle the balance of this case going forward.

## IV. Conclusion

For the foregoing reasons, this Court should disqualify Disciplinary Counsel from future involvement in this case and order the appointment of Special Disciplinary Counsel to handle the balance of this proceeding.

-5-

Respectfully submitted,

By:     /s/ Daniel A. Horwitz
        Daniel A. Horwitz, BPR #032176
        4016 Westlawn Dr.
        Nashville, TN  37209
        daniel.a.horwitz@gmail.com
        (615) 739-2888

        *Counsel for Brian Manookian*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of November, 2020, a copy of the foregoing was served via the Court's electronic filing system and/or via email upon the following:

Board of Professional Responsibility
Jerry Morgan
Disciplinary Counsel – Litigation
10 Cadillac Drive, Suite 220
Brentwood, TN 37027
T: 615.361.7500
F: 615.367.2480
jmorgan@tbpr.org

*Counsel for Board of Professional Responsibility*

By:     /s/ Daniel A. Horwitz
        Daniel A. Horwitz, Esq.

# Collective Exhibit A

← Tweet

Jerry Morgan
@JerryMorgan37

Not sold on @realDonaldTrump yet, but at least he's talking about the #1 issue of our time - stopping Muslims. Everybody better wake up!

7:38 AM · Dec 11, 2015 · Twitter Web Client

**1** Retweet   **3 Likes**

**Jerry Morgan**
@JerryMorgan37

Replying to @JimJordan13

@JimJordan13 I see Trump and Hillary similarly. They're both bullies. But Trump is talking big against Muslims so that's good.

8:38 PM · Dec 10, 2015 · Twitter for Android

← **Tweet**

**Jerry Morgan**
@JerryMorgan37

Seriously? Muslim terrorists are in the news for attacks literally every day. And you're concerned about some nonexistent clinic bombings? Hint: on the extremely rare occasion when that happens, Christians worldwide condemn the idiots and want them caught. Muslims don't do that.

**Jerry Morgan**
@JerryMorgan37

Replying to @wrdcsc

@wrdcsc @hughhewitt When someone kills an abortion provider or PP facility he is soundly condemned. By Christians. Muslims don't do the same

7:21 PM · Dec 9, 2015 · Twitter for Android

**1** Retweet   **1** Like

← **Tweet**

**Jerry Morgan**
@JerryMorgan37

Can anyone tell me of any time in history where Muslims were really "at peace" with others?

7:52 AM · Dec 9, 2015 · Twitter Web Client

**Jerry Morgan**
@JerryMorgan37

Replying to @gerfingerpoken

@gerfingerpoken We've known since before Obama's election that Muslims had his ear. And we know it about Clinton too. And her wallet.

7:09 PM · Nov 29, 2015 · Twitter for Android

← **Tweet**

**Jerry Morgan**
@JerryMorgan37

News for @marcorubio Constitution does NOT REQUIRE us to let in more Muslims!

8:05 PM · Dec 15, 2015 · Twitter for Android

**Jerry Morgan**
@JerryMorgan37

Replying to @kencampbell66

@kencampbell66 Who can really blame her?
Unfortunately siding with Obama in a fight involving
Muslims means you're on the wrong side.

9:21 PM · Dec 13, 2015 · Twitter for Android

**Jerry Morgan**
@JerryMorgan37

Replying to @FoxBusiness

@FoxBusiness @RestoreAmericaj Muslims will take everything we give them and us it against us. Time to wake up!

11:32 AM · Dec 16, 2015 · Twitter for Android

**Jerry Morgan**
@JerryMorgan37

Muslim protestor ejected from Trump rally says "the ugly came out..." and "that's really scary". Coming from a Muslim??? Bombs are scary.

2:02 PM · Jan 9, 2016 · Twitter Web Client

**Jerry Morgan**
@JerryMorgan37

Dems don't want to name Islamic Terrorists what they are. So their motto must be: "And I, for one, welcome our new Islamic overlords".

10:37 AM · Nov 17, 2015 · Twitter Web Client

**Jerry Morgan**
@JerryMorgan37

If Islam is religion of peace why is Obama afraid to say Radical Islamic terrorists?

8:12 PM · Nov 18, 2015 · Twitter for Android

**Jerry Morgan**
@JerryMorgan37

Obama always supports Islam. Got me thinking. My conclusion: Islam is to "religion of peace" as Obama is to American patriot.

10:15 PM · Dec 19, 2015 · Twitter for iPad

**14** Retweets  **12** Likes

← **Tweet**

Jerry Morgan
@JerryMorgan37

Where's the evidence that "Islam is a religion of peace"? They've gone to war against every society they've encountered for 1000s of years.

5:41 PM · Dec 8, 2015 · Twitter for Android

**1** Retweet  **2** Likes

# Collective Exhibit B

E-FILED
11/24/2020 4:01 PM
CLERK & MASTER
DAVIDSON CO. CHANCERY CT.

**Jerry Morgan**
@JerryMorgan37

Might I suggest starting with @HillaryClinton himself:

Mother of murdered DNC staffer Seth Rich pleads for public's help fox5dc.com/news/218883023...

4:13 PM · Nov 21, 2016 · Twitter Web Client

← **Tweet**

**Jerry Morgan**
@JerryMorgan37

Just in the last few days, she continues to cry about 2016 and claim it was illegitimate. After the Russian collusion narrative has been proven a complete hoax. She should be locked up for that. And Benghazi.

 **Jim Acosta** @Acosta · Oct 26
Eight days before 2020 election Trump crowd in PA chants "lock her up" after he talks about Hillary Clinton.

10:49 PM · Oct 26, 2020 · Twitter for iPhone

← **Tweet**

**Jerry Morgan**
@JerryMorgan37

Hillary and her cronies would have come after ANYONE standing in her way! Seth Rich, me, you. #IAmSethRich – let's get this trending!

12:26 PM · May 22, 2017 · Twitter Web Client

**12** Retweets    **19** Likes

← **Tweet**



**Jerry Morgan**
@JerryMorgan37

°°°

This is HUGE news, proof that @HillaryClinton and her cronies set up the Russian hoax well BEFORE the 2016 election. You won't likely see this reported on @CNN or asked about during upcoming debates. Ridiculous!



DNI declassifies Brennan notes, CIA memo on Hillary Clinton 'stirring up' scandal...
Director of National Intelligence John Ratcliffe on Tuesday declassified documents
that revealed former CIA Director John Brennan briefed former President Obama...
🔗 foxnews.com

6:33 PM · Oct 6, 2020 · Twitter for iPhone

← **Tweet**

 **Jerry Morgan**
@JerryMorgan37                                                        ○○○

This is rich, coming from one of the ridiculous "House
Managers" during the bogus impeachment
proceedings. You and your liberal cronies were
presenting lies on a daily basis to the public, knowing
they were lies. It was no stop Democrat propaganda.

>  **Adam Schiff** ✔ @RepAdamSchiff · Apr 13
>
> Why do reputable news organizations carry these daily Trump press conferences live?
>
> They are filled with misinformation and propaganda. From the President himself, no less.
>
> The country would be far better served and informed if they used highlights later.
>
> Enough is enough.

6:31 PM · Apr 14, 2020 · Twitter for iPhone

**1** Like

    ♡              ⇄              ♡              ⬆

← **Tweet**



**Jerry Morgan**
@JerryMorgan37

The man can't even complete a sentence without sounding drunk. He has early onset dementia or some other medical problem.

> **Alyssa Milano** ✓ @Alyssa_Milano · Mar 12
> I have tears in my eyes watching @JoeBiden right now. Thank God for his leadership during this crisis.

7:50 AM · Mar 13, 2020 · Twitter for iPhone

← **Tweet**

**Jerry Morgan**
@JerryMorgan37

Hahaha! So ironic that you accuse someone else of wanting to use the justice system for political reasons. Isn't that all you did?

🐦 **Eric Holder** ✓ @EricHolder · Feb 19

Why don't you shut the hell up. Your bias is showing. I bet you've never been a prosecutor or have any idea how DOJ works. People like you-who want to use the justice system for political reasons-are both dangerous and ignorant. The case was-like you-an obvious loser. twitter.com/paulsperry_/st...

6:00 PM · Feb 20, 2020 · Twitter for iPhone

← **Tweet**

**Jerry Morgan**
@JerryMorgan37

So where were you when the House Dems were bringing forth "witnesses" who had absolutely nothing to do with Ukraine? And weren't even on the call? You were the one DIRECTLY involved in the shake down, as we all know – because you BRAGGED about it!

> **Joe Biden** ✔ @JoeBiden · Dec 28, 2019
> The subpoenas should go to witnesses with testimony to offer to Trump's shaking down the Ukraine government — they should go to the White House.
> Show this thread

4:54 PM · Dec 28, 2019 · Twitter for iPhone

**Jerry Morgan**
@JerryMorgan37

Agreed completely. The Dems are the clear and present danger. This all goes back to Hillary expressing shock during one of the debates that Trump might not accept the election results. She said that was "horrifying" and terrible for our democracy. She was right.

**Jim Benson** @jimbenson1491 · Dec 19, 2019
Yes, I think you're right, but people are on to her... Clear and present danger my a*s twitter.com/JerryMorgan37/...

9:26 PM · Dec 19, 2019 · Twitter for iPhone

**1** Quote Tweet   **1** Like

← **Tweet**

**Jerry Morgan**
@JerryMorgan37

But it was a somber and sad occasion, right??? These people are clowns.

> 🌐 **GreyLady** @Dv81Grey · Dec 18, 2019
> "They Were Drinking and Cheering Impeachment!" - Schiff Celebrates Sham Impeachment at Posh DC Restaurant the Night Before Vote (VIDEO)
> thegatewaypundit.com/2019/12/schiff.... via @gatewaypundit

9:44 PM · Dec 18, 2019 · Twitter for iPhone

**Jerry Morgan**
@JerryMorgan37

⠐

You get impeached PRECISELY BECAUSE of all those accomplishments. The Dems hate problem solvers. They don't want record high employment among minorities. They need them caught in a "slave" mentality. But we're with you! #KAG2020

---

🔵 **Donald J. Trump** ☑ @realDonaldTrump · Dec 13, 2019

How do you get impeached when you have done NOTHING wrong (a perfect call), have created the best economy in the history of our Country, rebuilt our Military, fixed the V.A. (Choice), cut Taxes & Regs, protected your 2nd A, created Jobs, Jobs, Jobs, and soooo much more? Crazy!

---

8:59 AM · Dec 13, 2019 · Twitter for iPhone

**1** Like

♡          ⇄          ♡          ⇧

**Jerry Morgan**
@JerryMorgan37

So nice to see the Democrats take the moral high ground with these unsubstantiated, 36 year old accusations. Especially after they STILL defend Bill Clinton against the repeated, proven accusations of rape. He's still their darling. Spare me their outrage here!

10:27 PM · Sep 16, 2018 · Twitter for iPhone

**12** Retweets   **1** Quote Tweet   **16** Likes

**Jerry Morgan** @JerryMorgan37 · Oct 9, 2019

They need to prosecute the **corrupt Dem senators** who led the charge!

---

🌐 **Matt Wolking** ⚙ @MattWolking · Oct 8, 2019

BREAKING: 9 Republican Senators are asking the Justice Department
about the status of 4 criminal referrals made by the Senate Judiciary
Committee regarding the baseless allegations made against Supreme
Court Justice Brett Kavanaugh during his confirmation.

grassley.senate.gov/news/news-rele...

♡          ⇄          ♡ 1          ⬆

**Jerry Morgan**
@JerryMorgan37

Replying to @chuckwooley

If that's their definition of "washed up", I would wish that label upon us all!!! And if so, what does that make Crooked Hillary? "Dried up"?

4:22 PM · Mar 18, 2018 · Twitter for iPhone

**2** Likes

← **Tweet**

**Jerry Morgan**
@JerryMorgan37

So now we can't even say "cotton pickin'" without being racist? Ridiculous. cnn.com/2018/11/04/pol...

8:05 AM · Nov 5, 2018 · Twitter for iPhone

 **Jerry Morgan**
@JerryMorgan37

So thankful that we have @SpeakerPelosi to lecture us about the meaning of "fair trial". After watching her party and their kangaroo court, I had lost sight of that.

fxn.ws/2Z1C5nY #FoxNews



Pelosi suggests she may wait to send impeachment articles to Senate: 'We'll mak...
House peaker Nancy Pelosi, D-Calif., said Democrats may wait to send their
articles of impeachment against President Trump to the GOP-controlled Senate, ...
🔗 foxnews.com

5:21 AM · Dec 19, 2019 · Twitter for iPhone

**Jerry Morgan**
@JerryMorgan37

000

If I have a right, burden is on gov't to show why that right should be restricted. Not the other way around! 9th Circuit Court of clueless.

4:04 PM · Jun 10, 2016 · Twitter Web Client

1 Retweet

← **Tweet**

**Jerry Morgan**
@JerryMorgan37

What part of "shall not be infringed" is the 9th Circuit Court of Appeals confused about?

3:38 PM · Jun 10, 2016 · Twitter Web Client

**Jerry Morgan**
@JerryMorgan37

If Trump or a Dem wins the WH, the Supreme Court will never be conservative in our lifetimes. Our Republic truly may not survive that.

6:22 PM · Feb 15, 2016 · Twitter for Android

**Jerry Morgan**
@JerryMorgan37

Replying to @JoeBiden

You might start by being honest about the millions you and your son made on crooked deals. Not gonna do that? Then you're just a crook.

4:28 PM · Nov 23, 2020 · Twitter for iPhone

Top     Latest     People     Photos     Videos

**Jerry Morgan** @JerryMorgan37 · Mar 7
Elizabeth Warren **can be an Indian**, Bruce Jenner can be a woman, Sanders can be a serious Presidential contender, Hillary is still talking, but @realDonaldTrump doesn't act "presidential"?  I'm with you, @kimKBaltimore

> **Kimberly Klacik** ✅ @kimKBaltimore · Mar 7
> I hate when people say President Trump doesn't act "presidential".
>
> What does that even mean in a country where a man can be a woman, a woman can be a man, drag queens are entertainment for children, kids can transition, Shaun King can be black & Lizzo's obesity is sexy?

♡          ⇄          ♡          ⬆

**Jerry Morgan**
@JerryMorgan37

Replying to @benshapiro

I find it amazing that with all this continual counting, they only seem to be finding extra votes for Biden. Not any for Trump. Nothing suspicious about that...

8:25 PM · Nov 5, 2020 · Twitter for iPhone

**Amy Klobuchar** @amyklobuchar · Oct 12

I think this hearing is a sham. I think it shows real messed up priorities from this Republican Party.

But I am here anyway to do a job. To tell the truth.

♡ 12.8K          ⟲ 16.9K          ♡ 100.7K          ⬆

**Jerry Morgan**
@JerryMorgan37

Replying to @amyklobuchar

Let us know when you start telling the truth. You didn't about Kavanaugh and you aren't now. You're a disgrace.

9:31 PM · Oct 12, 2020 · Twitter for iPhone

♡          ⟲          ♡          ⬆

**Jerry Morgan**
@JerryMorgan37

Replying to @retweetme2020

In Kampala's world, only conservatives should be held responsible for slavery from 150 years ago.

10:46 PM · Sep 25, 2020 · Twitter for iPhone

**Jerry Morgan**
@JerryMorgan37

Replying to @JoeBiden

I'm not sure you're the one who should be talking about the President forgetting something. We've all seen your mental decline, and it's actually sad. If you truly think you would be President (even if you won), you're sadly mistaken. Your own party will put you out to pasture.

9:50 AM · Sep 22, 2020 · Twitter Web App

**Jerry Morgan**
@JerryMorgan37

You don't really have to "push" it very hard. All you have to do is listen to him speak and make your own conclusions. Biden either sounds drunk or lost half the time. The other half, he sounds like he has dementia. It's actually sad.

> **Joe Lockhart** ✓ @joelockhart · Mar 5
> So who is out there on Twitter pushing the BS story of Biden's "cognitive decline"? Trump supporters, Bernie Bros and the Russians. Huh.

4:54 PM · Mar 7, 2020 · Twitter for iPhone

**Hillary Clinton** ✓ @HillaryClinton · Sep 11

One of the best ways to honor those we lost 19 years ago is by fighting for those who survived.

It's outrageous that first and second responders are still fighting for the health care they deserve.

○ 12.1K    ⟳ 14.9K    ♡ 80.2K    ↱

**Jerry Morgan**
@JerryMorgan37

Replying to @HillaryClinton

Seriously? You didn't care about our men in Benghazi. And you don't care about our police today. If you did, you would be condemning the Defund the Police nonsense. Have you done that?

9:06 AM · Sep 12, 2020 · Twitter for iPhone

2 Retweets    1 Like

○    ⟳    ♡    ↱



**Jerry Morgan**
@JerryMorgan37

Here's a tip for @ABC and @CNN - we don't need
supposed "Russian interference" to "misinform" us
about Biden's deteriorating mental or physical health.
We can see it with our own eye. Nice try, though.

ABC News: DHS withheld intelligence bulletin warning about ...
The Department of Homeland Security in July withheld an
intelligence bulletin warning of a Russian plot to spread ...
🔗 cnn.com

9:43 AM · Sep 2, 2020 · Twitter Web App

 **Hillary Clinton** ✓ @HillaryClinton · Sep 1

This is nuts.

>  **Acyn Torabi** @Acyn · Aug 31
>
> The President claims people in the dark shadows who control the streets are really controlling Biden. He goes on to talk about a plane full of people wearing black uniforms but then says he can't reveal anymore because it's under investigation
>
> Show this thread



TRUMP: A BIDEN PRESIDENCY WON'T CALM RIOTS

FOX NEWS ALERT

0:32 | 14.5M views

○ 28.3K          �17 28.4K          ♡ 147.8K          ⬆

 **Jerry Morgan**
@JerryMorgan37

Replying to @HillaryClinton

## Hahaha... speaking of nuts...

5:09 PM · Sep 1, 2020 · Twitter for iPhone

○          �17          ♡          ⬆

**Jerry Morgan**
@JerryMorgan37

Would you PLEASE just go away? You didn't take Benghazi seriously, and good men died. I shudder to think how much worse we'd be right now if YOU were President during this crisis.

> **Hillary Clinton** ✅ @HillaryClinton · Mar 18
>
> The president is turning to racist rhetoric to distract from his failures to take the coronavirus seriously early on, make tests widely available, and adequately prepare the country for a period of crisis.
>
> Don't fall for it. Don't let your friends and family fall for it.

8:43 PM · Mar 18, 2020 · Twitter for iPhone

**Jerry Morgan**
@JerryMorgan37

I don't think we can even expect Biden to speak in complete sentences.

> **Ian Sams** ✓ @IanSams · Mar 11
> If anyone wants to see an actual presidential address, Joe Biden will speak on coronavirus at 1pm ET tomorrow.
>
> Expect him to base his opinions and plans on science.
>
> Expect him to put the country above himself.
>
> Expect him to remind us what real leadership in crisis looks like.

10:29 AM · Mar 12, 2020 · Twitter Web App

← **Tweet**

**Jerry Morgan**
@JerryMorgan37

@HillaryClinton This can all be traced back to YOU refusing to accept the election results. Spare us your legal commentary. You and your husband broke the law repeatedly. We don't need your lectures. Perhaps you should have told your cronies in the House how to hold a trial.

**Hillary Clinton** ● @HillaryClinton · Jan 27
A trial that doesn't allow testimony from material witnesses isn't a trial at all. It's a cover-up.

Your Republican senators need to hear from you today. (202) 224-3121

nytimes.com/2020/01/26/us/...

9:21 PM · Jan 29, 2020 · Twitter for iPhone

↓ **Tweet**

**Jerry Morgan**
@JerryMorgan37

I'm so tired of this being labeled "sloppiness". That implies a simple mistake or just carelessness. This was neither. It was part of an intentional coup! We are not gonna stand by and watch this....

> ● **Ronna McDaniel** ✅ @GOPChairwoman · Dec 16, 2019
> James Comey was the head of the FBI. The buck stops with him.
>
> Claiming it was "sloppiness" on behalf of the FBI to obtain a FISA warrant is a bogus excuse.
>
> Comey owes both @realDonaldTrump and Carter Page an apology.

7:03 AM · Dec 17, 2019 · Twitter for iPhone

**Jerry Morgan**
@JerryMorgan37

Biden is an absolute jerk. Turns a legitimate question into a fat joke. He said he "knows more than most people", which is why he's running. He's an arrogant thief.

> **Kellyanne Conway** ✔ @KellyannePolls · Dec 5, 2019
> Someone else is angry. twitter.com/TeamTrump/stat...

7:09 AM · Dec 6, 2019 · Twitter for iPhone

**1** Retweet  **1** Like

**Jerry Morgan**
@JerryMorgan37

So @realDonaldTrump calling for an investigation into Biden corruption is worse than Biden's corruption? What world am I in?

4:46 PM · Sep 24, 2019 · Twitter for iPhone

**1** Retweet  **1** Like

**Jerry Morgan**
@JerryMorgan37

You won't do any of those things, because you won't be President. Listening to you complain about the economy the other night was a joke. More people are working than ever before. Unemployment amongst blacks is the lowest ever recorded. Get a grip!

🔵 **Kamala Harris** 🔵 @KamalaHarris · Jun 28, 2019
When I think about what our country needs, I promise you I will be a President who leads with a sense of dignity, with honesty, speaking the truth, and giving American families all that they need to get through the end of the month in a way that allows them to prosper.

6:08 AM · Jun 30, 2019 · Twitter for iPhone

← **Tweet**

**Jerry Morgan**
@JerryMorgan37

Is Biden drunk? I'm not even joking.

8:35 PM · Jun 27, 2019 · Twitter for iPhone

**Jerry Morgan**
@JerryMorgan37

Biden looks AWFUL!

8:18 PM · Jun 27, 2019 · Twitter for iPhone

← **Tweet**



**Jerry Morgan**
@JerryMorgan37

I think you're right. While she's never accomplished much of anything, they'd be getting 4 more years of BHO in the White House. And having her as the candidate would virtually guarantee 90% of the black vote, despite all that @realDonaldTrump has done for them.

---

⬤ **Gracie51** @Gracie5111 · Apr 30, 2019
Michelle Obama is the Democrats secret weapon. Just watch. That's why the DNC doesn't care how many candidates. They will be kicked to the curb anyway.
twitter.com/Innocen0329798...

---

5:44 AM · May 1, 2019 · Twitter for iPhone

    ○       ↻       ♡       ↰

**Jerry Morgan**
@JerryMorgan37

This witch hunt is never going to end. When the Mueller report finally comes out, if ever, the narrative will be that @realDonaldTrump couldn't prove his innocence, so there must have been collusion. Where are Hillary's 33,000 emails? cnn.com/2019/03/19/pol...

6:11 PM · Mar 19, 2019 · Twitter for iPhone

**Jerry Morgan**
@JerryMorgan37

Wait a minute – Obama CLAIMED to care about blacks, but his policies did NOTHING for them. Wouldn't you rather have a President who actually HELPS them? Record low unemployment among blacks! That's what a CARING President @realDonaldTrump does!

cnn.com/2018/10/11/pol...

10:17 PM · Oct 11, 2018 · Twitter for iPhone

← **Tweet**

**Jerry Morgan**
@JerryMorgan37

Ford and her leftist attorneys are just buying time so they can continue a media bidding war. They'll say the Repubs have been unfair, and go tell her "story" to the highest bidder. Not under oath, and without Kavanaugh response. VOTE NOW! cnn.com/2018/09/21/pol...

9:49 AM · Sep 22, 2018 · Twitter for iPhone

 **Jerry Morgan**
@JerryMorgan37

Seriously? The entire charade is ridiculous. Her demands are equally nonsensical. She doesn't intend to testify at all. I suspect you guys are just buying more time so your bidding war with the media heats up. She'll go tell her story to the highest bidder. VOTE NOW!



**Senator Mazie Hirono** @maziehirono · Sep 21, 2018
These are the 11 Republican men led by @ChuckGrassley who won't even give Dr. Blasey Ford another 24 hours. What are they afraid of?

9:45 AM · Sep 22, 2018 · Twitter for iPhone

← **Tweet**

**Jerry Morgan**
@JerryMorgan37

So Ford's lawyer was protesting back in February 2017 and stated she would continue to "resist" @realDonaldTrump. And just last month she's profiled by Univ. of Wisconsin law school as part of resistance. But I'm sure now she just wants the truth.

dailycaller.com/2018/09/21/kav...

4:17 PM · Sep 21, 2018 · Twitter for iPhone

← **Tweet**



**Jerry Morgan**
@JerryMorgan37

Yet another exhibit supporting @realDonaldTrump labeling @CNN fake news. @POTUS did NOT state he could "defy" Constitution! He never said that! He believes 14th Amend. being misused to allow illegals to have babies here and be citizens!

cnn.com/2018/10/30/pol...

9:16 AM · Oct 30, 2018 · Twitter for iPhone

**Jerry Morgan**
@JerryMorgan37

Obama ignored Congress & gave illegals amnesty. @realDonaldTrump says it should go through Congress. Libs outraged. Why? No respect for law.

7:48 AM · Sep 6, 2017 · Twitter for iPhone

**2** Retweets **2** Likes

**Jerry Morgan**
@JerryMorgan37

He wants them here, so of course he does nothing.
More illegals to divide America's wealth. That's his
agenda.

> **(((4chunat1)))** @4chunat1 · Jan 26, 2016
> Now thousands of Cuban illegals are invading via Texas and @POTUS @DHSgov
> does NOTHING to stop them. US citizens and our families come LAST.

12:41 PM · Jan 26, 2016 · Twitter Web Client

**1** Retweet   **1** Like



**Jerry Morgan**
@JerryMorgan37

Replying to @politicalmath and @MeganSmiles

There was actual PROOF We're net did these things.
Plus he didn't have any real power. After all these years,
the left STILL hasn't denounced @BillClinton for his
numerous, indisputable sexual crimes.

7:44 AM · Nov 14, 2017 · Twitter for iPhone

1 Like



**Jerry Morgan**
@JerryMorgan37

I'm telling you, the Dems are unhinged, and their politicians are leading the charge. When @RepMaxineWaters calls for her supporters to violence, what did they expect would happen? They are at war, and @BrettKavanaugh is collateral damage.

foxnews.com/politics/2018/...

9:29 PM · Sep 26, 2018 · Twitter for iPhone

**3** Retweets  **4** Likes

**Jerry Morgan**
@JerryMorgan37

Virtually everyone who knows Brett Kavanaugh has stated these allegations do not make any sense at all. Yet Dems want him crucified. Virtually everyone who knew Bill Clinton had to admit that the vast amount of sexual assault allegations were likely true, but "private". What???

8:48 PM · Sep 16, 2018 · Twitter for iPhone

**1** Like

**Jerry Morgan**
@JerryMorgan37

Replying to @1776Stonewall

There's no logic at all to Jewish people still voting Democrat. The Dems are the party that suppresses free thought. If you disagree with them on anything, you are vilified. The Dems don't believe in capitalism. The Jewish people thrive under it. And the Dems HATE Israel!

7:50 AM · May 17, 2018 · Twitter for iPhone

**Jerry Morgan**
@JerryMorgan37

Replying to @Ms1Scs

@Ms1Scs @LadyNatashaMich He certainly does come across that way. My concern as a lawyer is that he won't appoint conservative judges.

3:06 PM · Dec 9, 2015 · Twitter Web Client

**1** Like

**Jerry Morgan**
@JerryMorgan37

Actual PROOF of Bill Clinton's sexual assaults was deemed a "vast right wing conspiracy". Spare us your false outrage, Libs!

10:25 PM · Nov 10, 2017 · Twitter for iPhone

**Jerry Morgan**
@JerryMorgan37

Replying to @gerfingerpoken

@gerfingerpoken I doubt any level of corruption will keep libs from voting for her. Ends justify means for them.

7:07 PM · Dec 14, 2015 · Twitter for Android

← **Tweet**



Jerry Morgan
@JerryMorgan37

This is also why we need @realDonaldTrump !

> 🔵 **Donald J. Trump** ☑ @realDonaldTrump · Mar 23
> THIS IS WHY WE NEED BORDERS!

6:21 PM · Mar 23, 2020 · Twitter for iPhone