# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **GERALD DEAN MORGAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 3:21-cv-00274 |
| ) | |
| ) | Judge Waverly D. Crenshaw, Jr. |
| ) | |
| v. ) | Magistrate Judge Chip Frensley |
| ) | |
| **BOARD OF PROFESSIONAL** ) | |
| **RESPONSIBILITY OF THE** ) | |
| **SUPREME COURT OF TENNESSEE,** ) | |
| **and SANDRA GARRETT, in her** ) | |
| **individual capacity,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF CHANGE OF ADDRESS

The undersigned counsel, David M. Rudolph, hereby gives notice of a change of address for purposes of the Court's CM/ECF electronic filing system. My address in the system indicates address, telephone, and email information at the Ogletree Deakins law firm in Memphis, Tennessee where I worked years ago. That address is outdated and should be changed and deleted. I am an Assistant Attorney General with the office of the Tennessee Attorney General. The new address, phone information, and email information for me is as follows:

David M. Rudolph
Assistant Attorney General
Office of the Tennessee Attorney General and Reporter
40 South Main Street, Suite 1014
Memphis, TN 38103-1877
Phone: (901) 543-4162
Fax: (901) 543-9025
Email: David.Rudolph@ag.tn.gov

Respectfully submitted,

**HERBERT H. SLATERY III
ATTORNEY GENERAL AND REPORTER**

/s/ David M. Rudolph
David M. Rudolph, BPR #13402
Assistant Attorney General
Office of the Attorney General and Reporter
40 South Main Street, Suite 1014
Memphis, TN 38103-1877
Phone: (901) 543-4162
Email: David.Rudolph@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's ECF system to:

W. Gary Blackburn, Esq.
Bryant Kroll, Esq.
THE BLACKBURN FIRM, PLLC
213 Rep John Lewis Way, Suite 300
Nashville, TN 37219
gblackburn@wgaryblackburn.com
bkroll@wgaryblackburn.com
*Attorneys for Plaintiff*

/s/ David M. Rudolph
David M. Rudolph
Assistant Attorney General

2