# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GERALD DEAN MORGAN ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | JURY DEMANDED |
| ) | |
| BOARD OF PROFESSIONAL ) | Case No.: 3:21-cv-00274 |
| RESPONSIBILITY OF THE ) | |
| SUPREME COURT OF TENNESSEE, ) | Crenshaw/Frensley |
| and SANDRA GARRETT, in her ) | |
| individual capacity ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO POSTPONE CASE MANAGEMENT CONFERENCE

Plaintiff and Defendants hereby move to postpone the case management conference, which is currently set for Thursday, June 10, 2021 at 9:30 am.

Defendants filed a Motion to Dismiss Plaintiff's Complaint for Lack of Jurisdiction and Failure to State a Claim on May 3, 2021. [Dkt. No. 9], and Plaintiff's response is due on Monday, June 7, 2021.

The parties respectfully submit that the motion to dismiss should be resolved before the case management conference is conducted, initial disclosures are prepared, and discovery is required to proceed. In the alternative, the parties ask that the case management conference be postponed for several months, when it is more likely the motion to dismiss will have been ruled upon.

A proposed Order is submitted herewith.

Respectfully submitted,

*/s/ Bryant Kroll*
W. Gary Blackburn, BPR #3484
Bryant Kroll, BPR #33394
213 Fifth Avenue North, Suite 300
Nashville, Tennessee 37219
Phone: (615) 254-7770
Fax: (866) 895-7272
bkroll@wgaryblackburn.com

*Attorneys for Plaintiff*

*/s/ David M. Rudolph by B.Kroll w/ permission*
David M. Rudolph
Assistant Attorney General
Office of Tennessee Attorney General
One Commerce Square
40 South Main Street, Suite 1014
Memphis, TN 38103-1877
p. 901.543.4162
David.Rudolph@ag.tn.gov

*Attorney for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 4th day of June 2021 a true and correct copy of the foregoing has been served via this Court's electronic CM/ECF filing system to:

David M. Rudolph
Assistant Attorney General
Office of Tennessee Attorney General
One Commerce Square
40 South Main Street, Suite 1014
Memphis, TN 38103-1877
p. 901.543.4162
David.Rudolph@ag.tn.gov
*Attorney for Defendants*

*/s/ Bryant Kroll*