IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GERALD DEAN MORGAN ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | JURY DEMANDED |
| ) | |
| BOARD OF PROFESSIONAL ) | Case No.: 3:21-cv-00274 |
| RESPONSIBILITY OF THE ) | |
| SUPREME COURT OF TENNESSEE, ) | |
| and SANDRA GARRETT, in her ) | |
| individual capacity ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO POSTPONE CASE MANAGEMENT CONFERENCE

Plaintiff and Defendants hereby move to postpone the case management conference, which is currently set for Tuesday, September 7, 2021 at 9:30 am.

Defendants filed a Motion to Dismiss Plaintiff's Complaint for Lack of Jurisdiction and Failure to State a Claim on May 3, 2021. [Dkt. No. 9], and Plaintiff filed their Response in Opposition on June 7, 2021 [Dkt. No. 14].

The parties respectfully submit that the motion to dismiss should be resolved before the case management conference is conducted, initial disclosures are prepared, and discovery is required to proceed.

A proposed Order is submitted herewith.

Respectfully submitted,

THE BLACKBURN FIRM, PLLC

/s/ Gary Blackburn
W Gary Blackburn, BPR #3484
Bryant Kroll, BPR #33394
213 Rep John Lewis Way, Suite 300
Nashville, Tennessee 37219
Phone: (615) 254-7770
Fax: (866) 895-7272
gblackburn@wgaryblackburn.com
*Attorneys for Plaintiff*

/s/ David M. Rudolph by Gary Blackburn w/ permission
David M. Rudolph
Assistant Attorney General
Office of Tennessee Attorney General
One Commerce Square
40 South Main Street, Suite 1014
Memphis, TN 38103-1877
Phone: 901.543.4162
David.Rudolph@ag.tn.gov
*Attorney for Defendants*

**Certificate of Service**

The undersigned hereby certifies that on this the 26th day of August 2021 a true and correct copy of the foregoing has been forwarded via the Court's electronic filing system to:

David M. Rudolph
Assistant Attorney General
Office of Tennessee Attorney General
One Commerce Square
40 South Main Street, Suite 1014
Memphis, TN 38103-1877
Phone: 901.543.4162
David.Rudolph@ag.tn.gov
*Attorney for Defendants*

/s/ Gary Blackburn
Gary Blackburn