UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GERALD DEAN MORGAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:21-cv-00274 |
| BOARD OF PROFESSIONAL RESPONSIBILITY OF THE SUPREME COURT OF TENNESSEE and SANDRA GARRETT, in her individual capacity, | ) |
| Defendants. | ) |

## ORDER

For the foregoing reasons, Defendants' Motion to Dismiss (Doc. No. 9) is **GRANTED**. Morgan's claim against the Board is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction. Any claim for damages against Garrett in her individual capacity is barred by quasi-judicial immunity and is **DISMISSED WITH PREJUDICE**. All pending motions are **TERMINATED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE